UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CATHI SCHLOSS,<br>*Individually and on behalf of others similarly situated*<br><br>      Plaintiff,<br><br> -vs-<br><br><br>ONTIME BUSINESS FINANCING, LLC., *et. al.,*<br><br>      Defendants. | Case No. 2:17-CV-13943<br>Hon. Paul D. Borman<br>Magistrate Judge: R. Steven Whalen |

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Ontime Business Financing, LLC, Christopher Barber, and Craig Pitts ("Defendants") are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

1

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**SO ORDERED**.

                                                s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: May 10, 2018

Stipulated to by:

s/ Sylvia S. Bolos

Sylvia S. Bolos (P78715)
Ian B. Lyngklip (P47173)
Julie A. Petrik (P47131)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Hwy, Ste 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@MichiganConsumerLaw.com

Anthony Paronich
BRODERICK & PARONICH, PC
99 High Street
Suite 304
Boston, MA 02110
PH: (508) 221-1510
Anthony@Broderick-law.com

*Attorneys for Plaintiff*

s/ David E. Plunkett (by consent)
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
Attorneys for Defendants
380 N. Old Woodward, Suite 300
Birmingham, MI 48009
PH: (248) 642-0333
dep@wwrplaw.com